UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAID FARZAD,<br><br>                    Petitioner,<br><br>    v.<br><br>SNOHOMISH COUNTY SUPERIOR CT. et al.,<br><br>                    Respondent. | Case No. C17-1805 MJP-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. The Clerk of Court is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk shall provide a copy of this Order to petitioner's attorney.

DATED this 4th day of November, 2017.

                                                                     _____
                                                                       BRIAN A. TSUCHIDA
                                                                       United States Magistrate Judge