*United States District Court-*
*for the*
*Western District of Washington*

```
SAID FARZAD,                          )
                                      )
        Petitioner,                   )    CV
                                      )
                                      )
        vs.                           )    ORDER APPOINTING
                                      )    FEDERAL PUBLIC DEFENDER
                                      )
SHERRIFF TY TRENARY                   )
                                      )
        Respondent.                   )
                                      )
                                      )
_____)
```

On the basis of the above-named petitioner's sworn financial statement, the court finds that he is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington is hereby appointed to represent the above-named petitioner pursuant to Title 18 United States code 3006A and our local CJA Plan.

Dated this 16th day of November, 2017

_____
United States District Court Judge

**ORDER APPOINTING F.P.D.**