UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SAID FARZAD, | |
|---|---|
| Petitioner, | Case No. 2:17-cv-1805-MJP-BAT |
| v. | **ORDER GRANTING MOTION TO ALLOW LATE FILING** |
| SNOHOMISH COUNTY SUPERIOR COURT, ROBERT W. FERGUSON, Washington State Attorney General, MARK ROE, Snohomish County Prosecuting Attorney, | |
| Respondents. | |

Petitioner Said Farzad moves the Court for an order allowing a late filing of his Reply to Respondent's Answer to his Motion for Temporary Stay. Dkt. 23. The motion is **GRANTED.**

DATED this 7th day of March, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO ALLOW LATE FILING- 1